FILED 23 JAN '25 10:30 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
Portland DIVISION

___Zachary A Bowe___
*(Enter full name of plaintiff)*

Plaintiff,

v.

___Oregon State hospital___
___Psychiatric security review board___
___Oregon Health authority___
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. __6:25-cv-125 JR__
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: ___Zachary Bowe___
Street Address: ___2600 NE Center st/1st___
City, State & Zip Code: ___Salem, OR, 97301___
Telephone No.: ___NA___

Complaint for Violation of Civil Rights (Prisoner Complaint)     1
[Rev. 01/2018]

**Defendant No. 1**  Name: Oregon State hospital
Street Address: 2600 NE Center Street
City, State & Zip Code: Salem, OR 97301
Telephone No.: 503-945-2800

**Defendant No. 2**  Name: Psychatric Security review board
Street Address: 6400 S. Lake RD, Suite 375
City, State & Zip Code: Portland, OR 97222
Telephone No.: 503 229-5506

**Defendant No. 3**  Name: Oregon Health Authority
Street Address: 500 Summer St. NE Salem
City, State & Zip Code: Salem OR 97301
Telephone No.: 503-480-7860

**Defendant No. 4**  Name: Sarah Walker
Street Address: N/A
City, State & Zip Code: N/A
Telephone No.: 503-945-8067

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Violates my 8th and 14th Constitutional rights.

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The OSH is denying me the Right to have medical treatment being done to the fact that a supportive wrist ban. for my broken wrist is considered in there eyes "contraband" I believe this is medical mal practice due to the fact they wont give me a proper braise in. order to mend and heal my broken bone

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

~~Oren~~ Psyciatric security review board are refusing to allow proper medical equipment to the mentally ill

Complaint for Violation of Civil Rights (Prisoner Complaint)                      3
[Rev. 01/2018]

Patients incarcerated in OSH out of mis-understanding of mental illness

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The Oregon Health Authority is allowing medical mal practice in OSW out of the idea that "all mentally ill people are dangerous." This states that we are not allowed to have proper medical treatment because they believe that we will take any opportunity to use a normal item used to mend broken bones as a weapon.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

 ☒ Yes   ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Proper medical care to be aministered and any compensatory or punitive damages the court may allow

I declare under penalty of perjury that the foregoing is true and correct.

Signed this thurs day of January, 2025.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)   5
[Rev. 01/2018]